**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
TANI HUMBERTA ARREGUIN

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>TANI HUMBERTA ARREGUIN,<br><br>  Defendant | ) Case No.: 1:22-cr-00265-JLT-1<br>)<br>) **STIPULATION AND ORDER TO**<br>) **CONTINUE THE STATUS**<br>) **CONFERENCE HEARING**<br>)<br>)<br>)<br>)<br>) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE CHRISTOPHER D. BAKER AND LUKE BATY, ASSISTANT UNITED STATES ATTORNEY:

   **COMES NOW** Defendant, TANI HUMBERTA ARREGUIN, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby requesting that the status conference currently set for Wednesday, November 5, 2025, at 2:30 p.m. (See ECF Doc. 9) be continued to Wednesday, November 12, 2025, at 2:30 p.m.

   Defense counsel has begun jury trial for the matter of *People v. Abel Juarez BF172055A,* and will be unavailable on the current status conference date. I have spoken to AUSA Luke Baty and he has no objection to continuing the status conference.

   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of  November 5, 2025 to November 12,

1  2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
2  T4] because it results from a continuance granted by the Court at defendant's request on the basis
3  of the Court's finding that the ends of justice served by taking such action outweigh the best
4  interest of the public and the defendant in a speedy trial.
5    Nothing in this stipulation and order shall preclude a finding that other provisions of the
6  Speedy Trial Act dictate that additional time periods are excludable from the period within which
7  a trial must commence.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: October 31, 2025            */s/ Alekxia Torres Stallings*
                                    ALEKXIA TORRES STALLINGS
                                    Attorney for Defendant
                                    TANI HUMBERTA ARREGUIN


DATED: October 31, 2025            */s/Luke Baty*
                                    LUKE BATY
                                    Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED that the status conference currently set for November 5, 2025, at 2:30 p.m. be continued to **November 12, 2025, at 2:30 p.m. at the Bakersfield Courthouse before Magistrate Judge Christopher D. Baker**.

IT IS SO ORDERED.

Dated: __November 3, 2025__      _____
UNITED STATES MAGISTRATE JUDGE