**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
TANI HUMBERTA ARREGUIN

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:22-CR-00265 |
| | ) |
| Plaintiff, | ) **STIPULATION AND ~~PROPOSED~~ ORDER** |
| | ) **TO MODIFY TERM OF RELEASE** |
| vs. | ) |
| | ) |
| TANI HUMBERTA ARREGUIN, | ) |
| | ) |
| Defendant | ) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE CHRISTOPHER D. BAKER; LUKE BATY, ASSISTANT UNITED STATES ATTORNEY AND CHRIS FRAUSTO, UNITED STATES PROBATION OFFICER:

**COMES NOW** Defendant, TANI HUMBERTA ARREGUIN, by and through her attorney of record, ALEKXIA TORRES STALLINGS, hereby requesting to modify a term of release, to wit:  Ms. Arreguin be allowed to have contact with Daniel Santos, not to include residing or overnight-stays.

This request is a mutual request to allow Ms. Arreguin to have contact with the Daniel Santos. On or about September 24, 2025, Ms. Arreguin was before this court for an initial appearance and detention hearing. Part of her release terms included no contact with Mr. Santos. Her next hearing was held on or about November 5, 2025, at which time this matter was brought to the court's attention again. It was determined by all parties that this term would be reevaluate

at the next court appearance. On January 14, 2026, the parties agreed to stipulate to alter this condition to contact, however no residing or over-night stays. Probation Officer Frausto indicated that Ms. Arreguin had been conducting herself well on supervised release abiding by terms. Ms. Arreguin is approximately eight months pregnant with Mr. Santos' child and is requesting contact with him.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: January 22, 2026

*/s/ Alekxia Torres Stallings*
ALEKXIA TORRES STALLINGS
Attorney for Defendant
TANI HUMBERTA ARREGUIN

DATED: January 22, 2026

*/s/Luke Baty*
LUKE BATY
Assistant U.S. Attorney

DATED: January 22, 2026

*/s/ Chris Frausto*
CHRIS FRAUSTO
United States Probation Officer

## ORDER

Based on the parties' stipulated request (Doc. 19) and good cause appearing therein, it is HEREBY ORDERED that the "Order Setting Conditions of Release" entered September 24, 2025 (Doc. 11) is AMENDED to the extent of permitting Defendant Tani Humberta Arreguin to have periodic contact with Mr. Daniel Santos, provided Defendant shall not reside with or remain with Mr. Santos overnight.

IT IS SO ORDERED.

Dated:   **January 23, 2026**

_____
UNITED STATES MAGISTRATE JUDGE