ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
4550 California Avenue, Suite 640
Bakersfield, CA    93309
Telephone:  (661) 489-6150
Facsimile:   (661) 489-6151


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>                 v.<br><br>TANI HUMBERTA ARREGUIN,<br><br>                         Defendant. | CASE NO.  1:22-CR-00265-JLT<br><br>UNITED STATES' ORDER FOR DISMISSAL OF PETITION; ORDER<br><br>[Fed. R. Crim. P. 48(a)] |

The court hearby orders the Supervised Release Violation Petition in case number 1:22-cr-00265-JLT, filed on June 8, 2025, be DISMISSED without prejudice.  The Status Conference currently set for June 10, 2026 before Magistrate Judge Baker is VACATED.

IT IS SO ORDERED.

Dated:    June 10, 2026

THE HONORABLE JENNIFER L. THURSTON
UNITED STATES DISTRICT JUDGE

MOTION TO DISMISS PETITION

1